## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD WORTHINGTON** | |
| **v.** | **CIVIL ACTION** |
| **CHESTER DOWNS AND MARINA, LLC, OWNER/LICENSEE OF HARRAH'S PHILADELPHIA d/b/a HARRAH'S PHILADELPHIA CASINO AND RACETRACK** | **NO. 17-1360** |

## ORDER

**AND NOW**, this 11th day of August, 2017, for the reasons set forth in the foregoing Memorandum, the Motion to Dismiss for Lack of Jurisdiction (ECF 10) is **GRANTED** as to Counts I and III, without prejudice, and **DENIED** as to Counts II, IV, V and VII.

**BY THE COURT:**

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Jessica.2016\17-cv-1360, Worthington v. Chester Downs\17cv1360 Order 08112017.docx